NORMAN J. GOULD et al., Respondents, *v.* THE VILLAGE OF
SENECA FALLS et al., Appellants.

*Gould* v. *Village of Seneca Falls*, 137 App. Div. 417, affirmed.
(Argued November 18, 1910; decided December 6, 1910.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment, entered March 12, 1910, which affirmed an order of
Special Term granting an injunction restraining the defend-
ants from issuing certain village bonds and from levying a
tax for the payment thereof.

The following questions were certified: 1. On the 22d
day of June, 1909, were women who resided in the village
of Seneca Falls, N. Y., and were the owners of property in
said village, assessed upon the last preceding assessment roll
thereof, entitled to vote on the proposition submitted at the
special election held on said date? 2. Did the addition of

the following words at the end of said proposition make the same " a proposition to raise money by tax or assessment," within the meaning of article 3, section 41, subdivision 2, of chapter 64 of the Laws of 1909 (the Village Law) : " and shall there be raised annually, by the levy and collection of a tax upon the taxable property in said village, a sum, which with the net revenue derived from said water works system, shall be sufficient to pay the principal and the interest on the said several bonds as such principal and interest shall mature and become due and payable ? "

*Clarence A. MacDonald* and *William H. Hurley* for appellants.

*J. N. Hammond* for respondents.

Order affirmed, with costs, and questions certified answered in the affirmative, on opinion of WILLIAMS, J., below.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.